UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Cool Gear International, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 13cv12020-IT |
| | ) | |
| OLD NAVY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## SETTLEMENT ORDER OF DISMISSAL

**Talwani, D. J.**

The court having been advised on August 5, 2014, that the above-entitled action has been settled;

**IT IS ORDERED** that this action is hereby dismissed, without costs and without prejudice to the right of any party, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

Dated: August 5, 2014

/s/Gail A. Marchione,
Deputy Clerk